UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.   NO 4:07CR00176 JLH

JOSE MENDOZA

## DISMISSAL OF INDICTMENT

Pursuant to **Rule 48(a)** of the **Federal Rules of Criminal Procedure** and by leave of Court endorsed hereon, the United States Attorney for the Eastern District of Arkansas hereby dismisses the above-styled indictment against the named defendant only.

JANE DUKE
United States Attorney

/s/ Angela Jegley
Angela s. Jegley
Assistant U.S. Attorney
Bar 79100
P. O. Box 1229
Little Rock, Arkansas  72203
(501) 340-2600
Angela.Jegley@usdoj.gov

Leave of Court is granted this 22nd day of September, 2009 for the filing of the foregoing dismissal of indictment.

_____
UNITED STATES DISTRICT JUDGE